NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES L. KISOR,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2016-1929

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 14-2811, Senior Judge Alan G. Lance, Sr.

---

## ON PETITION FOR REHEARING

---

Before REYNA, SCHALL, and WALLACH, *Circuit Judges.*

PER CURIAM.

## O R D E R

James L. Kisor filed a petition for rehearing en banc. A response thereto was invited by the court and was filed by the Secretary of Veterans Affairs. American Veterans,

National Organization of Veterans' Advocates, Inc., Paralyzed Veterans of America, Veterans of Foreign Wars of the United States, and Vietnam Veterans of America requested leave to file a brief as amici curiae which the court granted. Mr. Kisor's petition was presumed to encompass a petition for panel rehearing and was referred to the panel.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is granted to the extent that the previous precedential opinion and judgment issued August 12, 2020, are withdrawn and replaced with the modified precedential opinion and judgment accompanying this order.

FOR THE COURT

April 30, 2021                        /s/ Peter R. Marksteiner
      Date                            Peter R. Marksteiner
                                      Clerk of Court